UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| DAVID A. CARNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 2:04CV92-SNL |
| ) | |
| ALLEN WALKER, VICTORIA HESS, ) | |
| TERRY WHITE, JIM LONG, ) | |
| MICHAEL THOMPSON, HEATH COOPER, ) | |
| and CHARLES R. CARRIKER, JR., ) | |
| ) | |
| Defendants. ) | |

### ORDER

This case was filed by *pro se* plaintiff David Carney on December 6, 2004. No service has been obtained on defendants Allen Walker, Michael Thompson, Heath Cooper or Charles R. Carriker, Jr.

**IT IS THEREFORE ORDERED** that plaintiff shall show cause on or before August 12, 2005 why the case should not be dismissed against such four defendants for failure to obtain service and to prosecute.

The parties to this case are advised to use the style and number as they appear on this order as this is the only open case filed by David A. Carney before the undersigned judge.

Dated this __28th__ day of July, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE